# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RESIDENTIAL FUNDING COMPANY, LLC,

      Plaintiff,

v.                                                      **ORDER**
                                 Civil File No. 13-3512 (MJD/JJG)

WALLICK & VOLK, INC.,

      Defendant.

David Elsberg and Peter E. Calamari, Quinn Emanuel Urquhart & Sullivan LLP, David L. Hashmall, Donald G. Heeman, and Jessica J. Nelson, Felhaber Larson, Jeffrey A. Lipps, Carpenter Lipps & Leland LLP, Counsel for Plaintiff.

Carol R.M. Moss and J. Robert Keena, Helmuth & Johnson PLLC, Greg W. Chambers and James W. Brody, American Mortgage Law Group PC, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham, dated May 30, 2014.  [Docket No. 67]  Defendant filed objections to the Report and Recommendation.  [Docket No. 70]

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge

Graham dated May 30, 2014.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States
   Magistrate Judge Jeanne J. Graham dated May 30, 2014 [Docket No. 67].

2. Defendant's Motion to Dismiss Amended Complaint [Docket No.
   41] is **DENIED**.

Dated:  August 12, 2014          s/ Michael J. Davis
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court

2